**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Edward Thomas ILLSLEY,**
**Defendant–Appellant.**

No. 00–7745.

United States Court of Appeals,
Fourth Circuit.

Submitted April 3, 2001.

Decided April 19, 2001.

Edward Thomas Illsley, pro se. Sara Elizabeth Flannery, Office of the United States Attorney, Richmond, VA, for appellee.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

PER CURIAM.

Edward Thomas Illsley seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. *See United States v. Illsley,* Nos. CR–97–354; CA–99–643–3 (E.D.Va. Nov. 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*